IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: PILGRIM'S PRIDE CORP., et al | * * * | No. 4:10mc007 SWW |

ORDER

Farm Credit Services of Western Arkansas, ACA, having filed a withdrawal of motion to quash subpoena [doc.#11], the Clerk of Court is directed to remove from the pending motion lists the motion to quash subpoena filed March 26, 2010 [doc.#1], said motion having been rendered moot.

IT IS SO ORDERED this 19th day of July 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE